MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Facsimile: (510) 747-1640

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Pamela R. Quinn aka Pamela Lanford,<br><br>Defendant,<br><br>and<br><br>Emeritus Corporation,<br><br>Garnishee.          / | NO. C98-03887 M<br><br>STIPULATED ORDER OF CONTINUING GARNISHMENT |

IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, Pamela R. Quinn aka Pamela Lanford, that garnishee, Emeritus Corporation, withhold $100.00 each month from Judgment Debtor's non-exempt disposable income, commencing with the January, 2013, pay period, until the entire current judgment principal, last compounded on February 01, 2013, in the amount of $6,179.61, (original judgment in the amount of $3,309.02 entered December 14, 1998) plus interest compounded annually pursuant to 11 USC §1961(b) at the rate of 4.616 % per annum on said current judgment principal, for total interest through and including February 01, 2013, in the

1  amount of $38.26, for a total due of principal, interest, costs and attorney fees as of February
2  01, 2013, in the amount of $6,243.87, has been paid in full or until the garnishee no longer has
3  custody, possession or control of any property belonging to the debtor or until further Order
4  of this court.

5  IT IS HEREBY FURTHER STIPULATED that Emeritus Corporation, Garnishee,
6  immediately remit to the United States Department of Justice the above mentioned payments
7  as and for the month of January 2013, and as and for each month thereafter.

8  IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the
9  U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box
10  790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim
11  number **1998B11937** on each check for posting purposes.

12  IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail
13  from judgment creditor to judgment debtor, shall submit a financial statement to judgment
14  creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

15  IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title
16  28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a
17  judge of the United States District Court and consent to have a United States magistrate judge
18  conduct any and all further proceedings in the case. It is understood that any appeal from an
19  order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United
20  States Court of Appeals in the same manner as an appeal from any other judgment of a
21  District Court.

22  By her signature hereafter, Pamela R. Quinn aka Pamela Lanford acknowledges that
23  she has read, understands and waives all of her rights under the CLERK'S NOTICE OF
24  POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST
25  FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR
26  HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION
27  FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT
28  OF CONTINUING GARNISHMENT in exchange for the herein

1 | payment stipulation.

2 | Dated: February 01, 2013

_____
Michael Cosentino, Counsel for United States

4 | Dated: February 01, 2013

_____
Pamela R. Quinn aka Pamela Lanford

**IT IS SO ORDERED.**

8 | Dated: February 6, 2013

UNITED STATES MAGISTRATE JUDGE