1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702
   Facsimile:  (510) 747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  **UNITED STATES OF AMERICA,**          NO.  **C98-03887 M**

13              Plaintiff,

14  v.
                                    **STIPULATED ORDER OF**
15  **Pamela R. Quinn aka Pamela**          **CONTINUING GARNISHMENT**
    **Lanford,**

16              Defendant,

17  and

18  **Emeritus Corporation,**

19              Garnishee.  _____/

20  _____

21      IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of

22  America, and Judgment Debtor, Pamela R. Quinn aka Pamela Lanford, that garnishee,

23  Emeritus Corporation, withhold $100.00 each month from Judgment Debtor's non-exempt

24  disposable income, commencing with the January, 2013, pay period, until the entire current

25  judgment principal, last compounded on February 01, 2013, in the amount of $6,179.61,

26  (original judgment in the amount of $3,309.02 entered December 14, 1998) plus interest

27  compounded annually pursuant to 11 USC §1961(b) at the rate of 4.616 % per annum on said

28  current judgment principal, for total interest through and including February 01, 2013, in the

1  amount of $38.26, for a total due of principal, interest, costs and attorney fees as of February
2  01, 2013, in the amount of $6,243.87, has been paid in full or until the garnishee no longer has
3  custody, possession or control of any property belonging to the debtor or until further Order
4  of this court.

5        IT IS HEREBY FURTHER STIPULATED that Emeritus Corporation, Garnishee,
6  immediately remit to the United States Department of Justice the above mentioned payments
7  as and for the month of January 2013, and as and for each month thereafter.

8        IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the
9  U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box
10 790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim
11 number **1998B11937** on each check for posting purposes.

12       IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail
13 from judgment creditor to judgment debtor, shall submit a financial statement to judgment
14 creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

15       IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title
16 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a
17 judge of the United States District Court and consent to have a United States magistrate judge
18 conduct any and all further proceedings in the case. It is understood that any appeal from an
19 order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United
20 States Court of Appeals in the same manner as an appeal from any other judgment of a
21 District Court.

22       By her signature hereafter, Pamela R. Quinn aka Pamela Lanford acknowledges that
23 she has read, understands and waives all of her rights under the CLERK'S NOTICE OF
24 POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST
25 FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR
26 HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION
27 FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT
28 OF CONTINUING GARNISHMENT in exchange for the herein

1 | payment stipulation.

2 | Dated: February 01, 2013

Michael Cosentino, Counsel for United States

3

4 | Dated: February 01, 2013

5 | Pamela R. Quinn aka Pamela Lanford

6 | **IT IS SO ORDERED.**

7

8 | Dated: February 6, 2013

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28